United States District Court
Southern District of Texas

**ENTERED**
April 15, 2026
Nathan Ochsner, Clerk

**IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| JACQUELINE BASTNAGEL, | § | |
| *Plaintiff,* | § | |
| | § | |
| V. | § | CIVIL ACTION NO. 4:25cv3541 |
| | § | |
| STATE FARM LLOYDS, | § | |
| *Defendant.* | § | |

## ORDER ADOPTING MAGISTRATE JUDGE'S
## MEMORANDUM AND RECOMMENDATION

Having reviewed the Magistrate Judge's Memorandum and Recommendation dated March 30, 2026 (Dkt. 22) and no party having filed objections, the Court is of the opinion that said Memorandum and Recommendation should be adopted by this Court.

It is therefore **ORDERED** that the Magistrate Judge's Memorandum and Recommendation is hereby **ADOPTED** by this Court.

It is further **ORDERED** that Defendant State Farm Lloyds' Motion to Dismiss (Dkt. 12) is **GRANTED** and this case will be **DISMISSED WITHOUT PREJUDICE** for lack of subject matter jurisdiction.

The Court will enter a separate Final Judgment.

**SIGNED** at Houston, Texas this ___*15th*___ day of April, 2026.

SIM LAKE
SENIOR UNITED STATES DISTRICT JUDGE