United States District Court
Southern District of Texas

**ENTERED**

April 15, 2026

Nathan Ochsner, Clerk

**IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| JACQUELINE BASTNAGEL, | § | |
| *Plaintiff,* | § | |
| | § | |
| V. | § | CIVIL ACTION NO. 4:25cv3541 |
| | § | |
| STATE FARM LLOYDS, | § | |
| *Defendant* | § | |

## FINAL JUDGMENT

In accordance with this Court's Orders of Adoption entered this day adopting the Magistrate Judge's recommendations, it is hereby **ORDERED** and **ADJUDGED** that Plaintiff's claims in this case are **DISMISSED WITHOUT PREJUDICE** for lack of subject matter jurisdiction.

Costs shall be taxed against Plaintiff.

This is a **FINAL JUDGMENT**.

**SIGNED** at Houston, Texas this ___*15th*___ day of April, 2026.

_____
SIM LAKE
SENIOR UNITED STATES DISTRICT JUDGE